FILED
CLERK
1:06 pm, Mar 03, 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TONY H. CARROLL, on behalf of himself and other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMICO CORPORATION,<br><br>Defendant. | Case No. 2:21-cv-06631-JMA-JMW<br><br>**STIPULATION OF DISCONTINUANCE**<br>Case closed.<br>SO ORDERED.<br>/s/ JMA, USDJ<br>3/3/2022 |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-captioned action (the "Action"), that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the Action, the above-captioned Action be, and the same is hereby discontinued in its entirety and discontinued with prejudice as to Plaintiff Tony Carroll's individual claims and without costs to either party as against the other.

This Stipulation may be executed in counterparts, and facsimile and/or electronic signatures shall be deemed original for all purposes. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: March 1, 2022

| **LAW OFFICE OF PETER A. ROMERO PLLC** | **CARTER LEDYARD & MILBURN LLP** |
|---|---|
| By:  /s/Peter A. Romero<br>      Peter A. Romero<br>      promero@romerolawny.com<br>      490 Wheeler Road, Suite 250<br>      Hauppauge, New York 11788<br>      Tel: 631-257-5588 | By:  /s/ Jeffrey S. Boxer<br>      Jeffrey S. Boxer<br>      boxer@clm.com<br>      Two Wall Street<br>      New York, New York 10005<br>      Tel: 212-732-3200 |
| *Attorneys for Plaintiff Tony Carroll* | *Attorneys for Defendant Amico Corporation* |

1

11046993.1

11046993.1